# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY
ADC #099718                                                                                        PLAINTIFF

vs.                                        NO. 4:20CV00274 SWW

LESLIE CAROL RUTLEDGE
                                                                                                   DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 30TH day of March, 2020.

                                        Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE